```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          - v. -                  :    NOTICE OF INTENT TO FILE
                                       INFORMATION
RUBIN RODRIGUEZ,                  :
                                       07 Cr. ____
          Defendant.              :

- - - - - - - - - - - - - - - - - x
```

**ORIGINAL**  Judge Berman

**07CRIM1188**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          December 3, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              PARVIN MOYNE
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              BOBBI STERNHEIM, ESQ.
                              Attorney for RUBIN RODRIGUEZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

12/6/07  WHEEL A