UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    - v. -                          :           INFORMATION

RUBEN RODRIGUEZ,                   :           07 Cr. ___

        Defendant.                 :

- - - - - - - - - - - - - - - - x

**07 CRIM 1188**

COUNT ONE

The United States Attorney charges:

1. From in or about May 2007 up to and including on or about July 19, 2007, in the Southern District of New York and elsewhere, RUBEN RODRIGUEZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that RUBEN RODRIGUEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

  a. On or about July 16, 2007, RUBEN RODRIGUEZ, the defendant, drove with a co-conspirator not named as a defendant herein to Bay Plaza in Coop City in the Bronx, New York.

  b. On or about July 18, 2007, RODRIGUEZ drove to the parking lot of a Wendy's restaurant in Queens, New York, in which a minivan containing sham cocaine was parked.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

  4. As a result of committing the controlled substance offense alleged in Count One of this Information, RUBEN RODRIGUEZ, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

  5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  (1) cannot be located upon the exercise of due diligence;

  (2) has been transferred or sold to, or deposited with,

a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

*[signature: Michael J. Garcia]*
_____
MICHAEL J. GARCIA
United States Attorney