*Judge Berman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

     v.                         :
                                   07 Cr.  (RMB)

RUBEN RODRIGUEZ,                 :
                                 07CRIM1188
     Defendant.                  :
- - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                       *[signature]*
                                       Defendant

                                       *[signature]*
                                       Witness

                                       *[signature]*
                                       Counsel for Defendant

Date:    New York, New York
           December 17, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 7 2007
```

0202