UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                   **ORDER**

        -against-                                  07 CR. 1188 (RMB)

RUBEN RODRIGUEZ,

                        Defendant.
------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 24, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that RUBEN RODRIGUEZ's guilty plea is accepted.

Dated: New York, New York
          May 5, 2008

                                                  /s/ RMB
                                           **RICHARD M. BERMAN, U.S.D.J.**