# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

By Hand Delivery

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Conference is adjourned to 5-7-08 at 10:00 a.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 5-6-08
> Richard M. Berman, U.S.D.J.

Re:   **United States v. Juan Ortiz**
      **07 Cr. 1218**

Dear Judge Berman:

   I write on behalf of my client, Juan Ortiz, to request a brief adjournment of his status conference, currently scheduled for May 6, 2008 at 3:00 p.m. I have spoken to counsel for the Government who does not oppose my request for an adjournment.

   I make this request as Mr. Ortiz has a previously-scheduled state court appearance at the same time as his appearance in this case. In addition, the parties have begun settlement negotiations in this case, and the additional time will allow that process to continue.

   The parties are available between May 7-9, 2008 to appear in this Court for the status conference. Counsel for the government, however, has advised me that she is unavailable on May 8, 2008 between 2-4 p.m. Further, Mr. Ortiz consents to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Hugh M. Mundy
Attorney for Juan Ortiz
212-417-8737

cc:   Natalie Lamarque, AUSA via facsimile 212-637-2527