From: Bobbi C. Sternheim EFax: (212) 931-8522    To: Hon. Richard M. Berman Fax: +1 (212) 805-6717    Page 2 of 2   7/22/2008 8:33

Case 1:07-cr-01188-RMB    Document 41    Filed 07/23/2008    Page 1 of 1

7/23/08

**LAW OFFICES OF BOBBI C. STERNHEIM**
45 West 21st Street – Suite 3C
New York, New York 10010

212-243-1100
Fax: 888-587-4737

Bobbi C. Sternheim, Esq.
bcsternheim@mac.com

Jillian S. Harrington, Esq.
Of counsel

RECEIVED JUL 23 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

July 22, 2008

**MEMO ENDORSED**

Re: United States v. Ruben Rodriguez
07 Cr. 1188 (RMB)

Dear Judge Berman:

With the consent of AUSA Parvin Moyne, I write to respectfully request an adjournment of the sentencing proceeding scheduled for July 24, 2008. I recently completed a four-week trial before the Honorable David G. Trager and have been traveling to and from the Eastern District of Illinois in a matter that will conclude next week. I need the additional time to meet with and review the presentence report with Mr. Rodriguez.

If convenient to the Court, I respectfully request that the sentence be adjourned to September 2d at 3:30 p.m.

Your consideration is greatly appreciated.

Very truly yours,

BOBBI C. STERNHEIM

cc: AUSA Parvin Moyne

Sentence is adjourned to 9-2-08 at 3:30 p.m. Defense submission is due 8-15-08. Government response is due 8-22-08.

SO ORDERED:
Date: 7-23-08
Richard M. Berman, U.S.D.J.

07/22/08  TUE 20:34  [TX/RX NO 8578]