From: Bobbi C. Sternheim EFax: (212) 931-8522     To: Hon. Richard M. Berma Fax: +1 (212) 805-6717     Page 2 of 2  8/29/2008 10:39

Case 1:07-cr-01188-RMB   Document 42   Filed 08/29/2008   Page 1 of 1

## LAW OFFICES OF BOBBI C. STERNHEIM
### 45 West 21st Street – Suite 3C
### New York, New York 10010

212-243-1100
Fax: 888-587-4737

Bobbi C. Sternheim, Esq.
bcsternheim@mac.com

RECEIVED
AUG 29 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-08

August 27, 2008

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Ruben Rodriguez
    07 Cr. 1188 (RMB)

Dear Judge Berman:

With the consent of AUSA Parvin Moyne, I write to respectfully request an adjournment of the sentencing proceeding scheduled for September 2, 2008. I am awaiting receipt of letters for inclusion in my sentencing submission to the Court.

If convenient to the Court, I respectfully request that the sentence be adjourned to September 25th at 10:00 a.m.

Your consideration is greatly appreciated.

Very truly yours,

BOBBI C. STERNHEIM

cc: AUSA Parvin Moyne

Application granted. Sentencing adjourned to 9/25/08 at 10:00 a.m.

SO ORDERED:
Date: 8/29/08
Richard M. Berman, U.S.D.J.

08/29/08  FRI 10:40  [TX/RX NO 8688]